UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE LOUISIANA HOUSE OF
REPRESENTATIVES, *et al.*,

      Plaintiffs,

v.

JOHN ASHCROFT, Attorney General,

      Defendant.

Civil Action No. 02-0062

(JR, MG, RW)

## MOTION FOR LEAVE TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs THE LOUISIANA HOUSE OF REPRESENTATIVES, CHARLES W. DEWITT and CHARLES EMILE BRUNEAU, Jr., by and through their undersigned counsel, move this Court for leave to dismiss the instant action with prejudice.

The pending Complaint for Declaratory Relief was filed by plaintiffs against the Attorney General of the United States, John Ashcroft, seeking preclearance of the Louisiana House of Representatives redistricting plan, Act 3, Second Extraordinary Session of 2001 ("Act 3, 2001"). The Louisiana Legislative Black Caucus, together with the Louisiana Community Coalition on Fair and Equal Representation, sought and were allowed to intervene as intervenor-defendants.

Following discussion among all parties, agreement was reached on a revised redistricting plan specifically addressing the districts in dispute, and the agreed modifications were then submitted to the Louisiana Legislature. This legislation (House Bill No. 779) passed both the

Louisiana House and Senate, and was signed into law as Act 2 by Governor Foster, on May 8, 2003.

Upon enactment of Act 2, the disputed districts in predecessor Act 3, 2001 have been redrawn by the Louisiana Legislature to resolve the complaints herein of retrogression under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c. Plaintiffs submitted the House redistricting plan, as amended, to the Justice Department's Civil Rights Division for preclearance, and on May 20, 2003, the Louisiana House of Representatives redistricting plan, as amended, was precleared by Assistant Attorney General Ralph Boyd.

Accordingly, plaintiffs request that this Court enter an order dismissing the present action with prejudice. Undersigned counsel has been authorized to advise the Court that neither Attorney General Ashcroft nor the Louisiana Community Coalition on Fair and Equal Representation opposes this motion. Counsel for the Louisiana Legislative Black Caucus advises that the Caucus takes no position.

Dated: May 20, 2003.

Respectfully submitted,

Wm. Bradford Reynolds (D.C. Bar No. 179010)
Howrey Simon Arnold & White, LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
(202) 383-6912


Deanne E.B. Ross (D.C. Bar No. 47623)
Alfred W. Speer
Louisiana House of Representatives
State Capitol Building
P.O. Box 44281
Baton Rouge, LA 70804
(225) 219-4915
(225) 342-7259

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LOUISIANA HOUSE OF REPRESENTATIVES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN ASHCROFT, Attorney General,<br><br>Defendant. | Civil Action No. 02-0062<br><br>(JR, MG, RW) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs THE LOUISIANA HOUSE OF REPRESENTATIVES, CHARLES W. DEWITT, and CHARLES EMILE BRUNEAU, Jr., through counsel, having moved for an order of dismissal with prejudice under Rule 41(a)(2), Federal Rules of Civil Procedure, and

The Court, being apprised that, by reason of passage by both Houses of the Louisiana Legislature of an amended Louisiana House redistricting plan, signed into law by the Governor of Louisiana, the disputed districts in the redistricting plan challenged in the underlying Complaint as retrogressive are no longer in dispute under Section 5 of the Voting Rights Act, and

The Court being further apprised that said Louisiana House redistricting plan, as amended, was submitted to the U.S. Department of Justice for preclearance under Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c, and that, on May 20, 2003, said amended plan was precleared,

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED, and the above-captioned action is dismissed with prejudice.

SO ORDERED.

_____
James Robertson

_____
Merrick Garland

_____
Reggie B. Walton

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR LEAVE TO DISMISS WITH PREJUDICE, together with a proposed order of dismissal, were served by regular United States mail, postage prepaid, this 20th day of May, 2003, upon each of the parties listed below:

Brian F. Heffernan, Esq.
Kristen Clarke, Esq.
Timothy Lambert, Esq.
U.S. Department of Justice
Voting Section, Civil Rights Division
1800 G Street, N.W., Room 7260
Washington, DC  20006

John H. Young
Sandler, Reiff & Young
50 E. Street, S.E.
Washington, DC  20003

Todd A. Cox
NAACP Legal Defense
  and Education Fund, Inc.
1444 Eye Street, N.W., 10th Floor
Washington, DC  20005

Debo P. Adegbile
NAACP Legal Defense
  and Educational Fund, Inc.
99 Hudson Street, Suite 1600
New York, NY  10013

Suchitra J. Satpathi
Louisiana Legislative Black Caucus
P.O. Box 44003
Baton Rouge, LA  70804

_____
Wm. Bradford Reynolds

3